PROB 12C
(6/16)

Report Date: August 16, 2018

# United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 16, 2018

SEAN F. McAVOY, CLERK

**Petition for Warrant or Summons for Offender Under Supervision**

Name of Offender: Hermino Garcia Rojas                Case Number: 0980 2:10CR02120-RMP-1

Address of Offender:                          , Yakima, Washington 98901

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, U.S. District Judge

Date of Original Sentence: November 17, 2011

| | | | |
|---|---|---|---|
| Original Offense: | Distribution of a Controlled Substance, 21 U.S.C. § 841(a)(1) | | |
| Original Sentence: | Prison - 120 months; TSR - 96 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: | June 29, 2018 |
| Defense Attorney: | TBD | Date Supervision Expires: | June 28, 2026 |

## PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 2**: The defendant shall report to the probation officer in a manner and frequency directed by the Court or probation officer.<br><br>**Supporting Evidence**: Mr. Rojas is alleged to have failed to report to probation on August 9, 2018, as directed.<br><br>On July 2, 2018, supervised release conditions were reviewed and signed by Mr. Rojas acknowledging his understanding of standard condition number 2, which requires him to report to probation in a manner and frequency as directed by probation.<br><br>On July 3, 2018, probation directed Mr. Rojas to report to the U.S. Probation Office on August 6, 2018, for an office visit. This officer assisted Mr. Rojas with putting a reminder in his cell phone for the office visit. On July 18, 2018, this officer spoke with Mr. Rojas and once again reminded him to report on August 6, 2018.<br><br>On August 6, 2018, Mr. Rojas called this officer and stated he was in the Tri-Cities visiting family. He requested and was granted permission to report on August 9, 2018, so he could extend his visit with family. Mr. Rojas made a commitment to report on August 9, 2018; however, he failed to report as directed, and he failed to contact this officer to explain why |

Prob12C
**Re: Rojas, Hermino Garcia**
**August 16, 2018**
**Page 2**

      he could not report. Mr. Rojas finally reported to U.S. Probation on August 13, 2018.

2    **Special Condition # 17**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

    **Supporting Evidence**: Mr. Rojas is alleged to have consumed marijuana and cocaine on or about August 11, 2018.

    On July 2, 2018, supervised release conditions were reviewed and signed by Mr. Rojas acknowledging his understanding of special condition number 17, which requires him to abstain from the use of illegal controlled substances.

    On August 13, 2018, Mr. Rojas reported to U.S. Probation Office and informed this officer that he consumed marijuana and cocaine on or about August 11, 2018. Mr. Rojas signed an admission of use form acknowledging his use of controlled substances.

3    **Special Condition # 18**: You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervision officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

    **Supporting Evidence**: Mr. Rojas is alleged to have consumed alcohol on or about August 11, 2018.

    On July 2, 2018, supervised release conditions were reviewed and signed by Mr. Rojas acknowledging his understanding of special condition number 18, which requires him to abstain from consuming alcohol.

    On August 13, 2018, Mr. Rojas reported to the U.S. Probation Office and informed this officer that he consumed alcohol on or about August 11, 2018. Mr. Rojas signed an admission of use form acknowledging his use of alcohol.

4    **Standard Condition # 2**: The defendant shall report to the probation officer in a manner and frequency directed by the Court or probation officer.

    **Supporting Evidence**: Mr. Rojas is alleged to have failed to report to probation on August 15, 2018, as directed.

    On July 2, 2018, supervised release conditions were reviewed and signed by Mr. Rojas acknowledging his understanding of standard condition number 2, which requires him to report to probation in a manner and frequency as directed by probation.

    On August 13, 2018, Mr. Rojas was directed by this officer to report daily due to his recent violation behavior. Mr. Rojas reported as directed on August 14, 2018, and was reminded to report daily until directed otherwise. Mr. Rojas failed to report on August 15, 2018, and he failed to contact this officer to explain why he could not report.

Prob12C
Re: Rojas, Hermino Garcia
August 16, 2018
Page 3

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring Hermino Garcia Rojas to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: August 16, 2018

s/Phil Casey

Phil Casey
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  Other

Signature of Judicial Officer

8/16/2018
Date