Report Date: September 7, 2018

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 07, 2018

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Hermino Garcia Rojas     Case Number: 0980 2:10CR02120-RMP-1

Address of Offender:                 , Yakima, Washington 98901

Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, U. S. District Judge

Date of Original Sentence: November 17, 2011

Original Offense:     Distribution of a Controlled Substance, 21 U.S.C. § 841(a)(1)

Original Sentence:     Prison - 120 months;     Type of Supervision: Supervised Release
                        TSR - 96 months

Asst. U.S. Attorney:    Thomas J. Hanlon     Date Supervision Commenced: June 29, 2018

Defense Attorney:     TBD     Date Supervision Expires: June 28, 2026

## PETITIONING THE COURT

To incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on August 16, 2018.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 5 | **Special Condition # 17**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |

                 **Supporting Evidence**: Mr. Rojas is alleged to have consumed methamphetamine on or about August 13, 2018.

                 On July 2, 2018, supervised release conditions were reviewed and signed by Mr. Rojas acknowledging his understanding of special condition number 17, which requires him to abstain from the use of illegal controlled substances.

                 On August 13, 2018, Mr. Rojas reported to U.S. Probation and submitted a urinalysis test. The urinalysis was sent to Alere Toxicology for testing. On August 18, 2018, this officer received a drug test report from Alere Toxicology showing positive results for methamphetamine.

The U.S. Probation Office respectfully recommends the Court incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on August 16, 2018.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   September 7, 2018

s/Phil Casey

Phil Casey
U.S. Probation Officer

## THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

9/7/2018

Date