PROB 12C
(6/16)

Report Date:  September 18, 2018

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 19, 2018

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Hermino Garcia Rojas          Case Number: 0980 2:10CR02120-RMP-1

Address of Offender: ███████████████ Yakima, Washington 98901

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, U. S. District Judge

Date of Original Sentence: November 17, 2011

| | | | |
|---|---|---|---|
| Original Offense: | Distribution of a Controlled Substance, 21 U.S.C. § 841(a)(1) | | |
| Original Sentence: | Prison - 120 months;<br>TSR - 96 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: | June 29, 2018 |
| Defense Attorney: | Alex B. Hernandez, III | Date Supervision Expires: | June 28, 2026 |

## PETITIONING THE COURT

To issue a warrant and incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on August 16 and September 7, 2018.

The probation officer believes that the offender has violated the following modified conditions of release:

| Violation Number | Nature of Noncompliance |
|---|---|
| 6 | **Special Condition**: Defendant shall participate in a program of Global Positioning System (GPS) confinement. Defendant shall wear, at all times, a GPS device under the supervision of U.S. Probation.  In the event Defendant does not respond to GPS monitoring or cannot be found, the U.S. Probation Office shall forthwith notify the United States Marshals Service, who shall immediately find, arrest and detain Defendant.  Defendant shall pay all or part of the cost of the program based upon ability to pay as determined by the U.S. Probation Office. |

**Supporting Evidence**: Mr. Rojas is alleged to have violated his modified conditions of release on September 14, 2018, by removing his GPS monitoring device without permission from U.S. Probation.

On September 10, 2018, the Honorable Magistrate Judge Dimke imposed the above special condition of release for Mr. Rojas until his supervised release revocation hearing on September 26, 2018.

On September 11, 2018, Mr. Rojas was enrolled in the home confinement GPS program at his listed residence located at 603 North Sixth Street, Yakima, Washington.

On September 14, 2018, Mr. Rojas left his approved residence without permission at 10 p.m. At approximately 10:32 p.m., Mr. Rojas cut off his GPS monitoring device and threw it in

Prob12C
**Re: Rojas, Hermino Garcia**
**September 18, 2018**
**Page 2**

a garbage dumpster at 2104 Cornell Avenue in Union Gap, Washington. Since Mr. Rojas removed his GPS monitoring device, U.S. Probation has been unable to locate Mr. Rojas and his current whereabouts is unknown.

7        **Mandatory Condition**: The defendant shall not commit another federal, state or local crime.

**Supporting Evidence**: Mr. Rojas is alleged to have committed a new crime of fourth degree assault in violation of Revised Code of Washington (RCW) 9A.36.041 on September 14, 2018, by assaulting Jesus Guerrero.

On July 2, 2018, supervised release conditions were reviewed and signed by Mr. Rojas acknowledging his understanding of mandatory conditions, which restricts him from committing a new crime.

The following is a summary of the incident report for case #18Y038487, written by a Yakima Police Department (YPD) officer.

On September 14, 2018, YPD officers were dispatched to 603 North Sixth Street in reference to a domestic assault. YPD contacted the victim who stated Mr. Rojas assaulted him by punching him in the face about 15 times after he confronted Mr. Rojas about consuming alcohol at his residence. YPD officers observed the victim had a bloody nose and the right side of his face was swollen. The victim's shirt was also ripped during the assault.

After the assault occurred, Mr. Rojas left the residence and has not been located by law enforcement.

8        **Standard Condition #6**: Defendant shall notify the probation officer at least ten days prior to any change in residence of employment.

**Supporting Evidence**: Mr. Rojas is alleged to have violated his conditions of release on September 14, 2018, by failing to report a change of residence to his probation officer.

On July 2, 2018, supervised release conditions were reviewed and signed by Mr. Rojas acknowledging his understanding of his conditions, to include standard condition #6.

On September 11, 2018, Mr. Rojas was enrolled in the home confinement GPS program at his listed residence located at 603 North Sixth Street, Yakima, Washington.

On September 14, 2018, Mr. Rojas left his approved residence without permission at 10 p.m. At approximately 10:32 p.m., Mr. Rojas cut off his GPS monitoring device and threw it in a garbage dumpster at 2104 Cornell Avenue in Union Gap, Washington. Since Mr. Rojas removed his GPS monitoring device, U.S. Probation has been unable to locate Mr. Rojas and his current whereabouts is unknown.

On September 18, 2018, this officer contacted Mr. Rojas' mother at his last known address. Mr. Rojas' mother informed this officer that Mr. Rojas has not stayed at her house since September 14, 2018, and she has no idea where he is currently living.

**Prob12C**
**Re: Rojas, Hermino Garcia**
**September 18, 2018**
**Page 3**

The U.S. Probation Office respectfully recommends the Court issue a warrant and incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on August 16 and September 7, 2018.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   September 18, 2018

s/Phil Casey

Phil Casey
U.S. Probation Officer

## THE COURT ORDERS

[ ]   No Action
[X ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X ]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

9/18/2018

Date