PROB 12C
(6/16)

Report Date: June 25, 2020

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 25, 2020

SEAN F. MCAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Hermino Garcia Rojas          Case Number: 0980 2:10CR02120-RMP-1

Address of Offender:                            Yakima, Washington 98901

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, U.S. District Judge

Date of Original Sentence: November 17, 2011

Original Offense:        Distribution of a Controlled Substance, 21 U.S.C. § 841(a)(1)

Original Sentence:       Prison - 120 months          Type of Supervision: Supervised Release
                         TSR - 96 months

Revocation Sentence:     Prison - 12 months
January 15, 2019         TSR - 84 months

Revocation Sentence:     Prison - 4 months
May 4, 2020              TSR - 78 months

Asst. U.S. Attorney:     Thomas J. Hanlon              Date Supervision Commenced: June 20, 2020

Defense Attorney:        Paul Shelton                  Date Supervision Expires: December 19, 2020

---

## PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #1**: You must reside in a residential reentry center (RRC) for a period up to 180 days at the direction of the supervising officer. Your participation in the programs offered by the RRC is limited to employment, education, treatment, and religious services at the direction of the supervising officer. The defendant shall abide by the rules and requirements of the facility. |

**Supporting Evidence**: Mr. Rojas is alleged to be in violation of his supervised release conditions by failing to enter the residential reentry center (RRC) in Spokane, Washington, on June 20 and 23, 2020.

On June 16, 2020, supervised release conditions were reviewed and signed by Mr. Rojas, acknowledging his understanding of special condition number 1, as noted above.

Prob12C
**Re: Rojas, Hermino Garcia**
**June 25, 2020**
Page 2

On June 11, 2020, Mr. Rojas' conditions were modified requiring the defendant be released from custody and enter the Spokane RRC on June 20, 2020. On June 19, 2020, the defendant was released from the Yakima County Jail and was directed to report to the RRC the following day. The defendant failed to report to the RRC as directed.

On June 22, 2020, this officer received a call from the offender indicating he showed up at the RRC approximately 1 hour late and instead of requesting a late check in, he decided to return to Yakima. This officer made arrangements with staff from the RRC for the defendant to be allowed late entry to the RRC on June 23, 2020. Mr. Rojas was contacted and informed he would be allowed late entry to the RRC. He agreed to report the RRC no later than 5 p.m. the same day.

On June 24, 2020, this officer received an email from the director of the Spokane RRC indicating the defendant failed to report to the Spokane RRC on June 23, 2020 as directed. Mr. Rojas' current whereabouts is unknown.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    June 25, 2020

s/Jose Zepeda

Jose Zepeda
Supervisory U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

*Rosanna Malouf Peterson*

Signature of Judicial Officer

6/25/2020
Date