PROB 12C
(6/16)

Report Date: July 27, 2020

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 27, 2020

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Hermino Garcia Rojas          Case Number: 0980 2:10CR02120-RMP-1

Address of Offender:                             Yakima, Washington 98901

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, U.S. District Judge

Date of Original Sentence: November 17, 2011

Original Offense:       Distribution of a Controlled Substance, 21 U.S.C. § 841(a)(1)

Original Sentence:      Prison - 120 months          Type of Supervision: Supervised Release
                        TSR - 96 months

Revocation Sentence:    Prison - 12 months
January 15, 2019        TSR - 84 months

Revocation Sentence:    Prison - 4 months
May 4, 2020             TSR - 78 months

Asst. U.S. Attorney:    Thomas J. Hanlon             Date Supervision Commenced: June 20, 2020

Defense Attorney:       Paul Shelton                 Date Supervision Expires: December 19, 2026

### PETITIONING THE COURT

To incorporate alleged violation with the violation previously reported to the June 25, 2020.

The probation officer believes that the offender has violated the following condition of supervision:

Violation Number | Nature of Noncompliance

2 | **Standard Condition #8:** You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.

**Supporting Evidence:** Mr. Rojas is alleged to have interacted with Amanda L. Clark, a known felon, on July 24, 2020.

On June 16, 2020, supervised release conditions were reviewed and signed by Mr. Rojas, acknowledging his understanding of special condition number 8, as noted above.

On June 16, 2020, this officer informed Mr. Rojas he may not associate with Amanda Clark. Mr. Rojas was also reminded of the consequences if he chooses to associate with Ms. Clark.

Prob12C
Re: Rojas, Hermino Garcia
July 27, 2020
Page 2

Mr. Rojas stated he knows that associating with Amanda Clark causes issues for him and understood he was not allowed to associate with her.

On July 24, 2020, an officer with the Yakima Police Department (YPD), saw Amanda Clark and the offender in a vehicle together. YPD was aware that Mr. Rojas had a federal warrant, and they attempted to follow the vehicle. Amanda Clark drove the vehicle into an alley and parked the vehicle. Amanda Clark and the offender got out of the vehicle and fled on foot. YPD eventually located Mr. Rojas hiding in a garage and he was arrested without incident.

The U.S. Probation Office respectfully recommends the Court incorporate the alleged violation with the violation previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: July 27, 2020

s/Phil Casey

Phil Casey
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

7/27/2020

Date